IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, LORRIE ROUGH,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| LORRIE ROUGH, | ) | Case No.: CV 19-05406 PLA |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER |
| v. | ) | AWARDING EAJA FEES |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | PAUL L. ABRAMS |
| | ) | UNITED STATES MAGISTRATE |
| Defendant. | ) | JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: _____March 20, 2020_____

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE